IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**PATRICIA THOMAS**                                           **PLAINTIFF**

V.                                    **CIVIL ACTION NO. 3:05CV675HTW-LRA**

**MISSISSIPPI STATE VETERANS HOME**                  **DEFENDANT**

<u>ORDER OF DISMISSAL</u>

This cause came on to be heard on Motion *Ore Tenus* of the parties for dismissal of the above styled and numbered cause with prejudice, and the court, having carefully considered the matter and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted. It is, therefore,

**ORDERED AND ADJUDGED** that the above styled and numbered cause be, and hereby is, dismissed with prejudice, with each party bearing their own costs.

**SO ORDERED AND ADJUDGED** this the 27th day of December, 2007.

                                               s/ HENRY T. WINGATE
                                               CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

<u>s/ Louise Harrell</u>
Louise Harrell, Attorney for Plaintiff

<u>s/Royce M. Cole</u>
Royce M. Cole, Attorney for Defendant